## No. 13,267.

TRIANGLE TRUCK SERVICE COMPANY *v.* ALLARD, ASSIGNEE.
(19 P. [2d] 1114)

Decided March 13, 1933.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. THOMAS K. HUDSON, for plaintiff in error.

Mr. CHARLES E. COMPTON, for defendant in error.